"United States District Court"
Southern District of Florida

FILED BY MC D.C.
JUL 02 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States of America

V.S       Case No: 1:24-MJ-03202

Oscar Jesus Medina Rodriguez

"Motion for modification of"
Term of Imprisonment

    Comes Now Oscar Jesus Medina Rodriguez, Pro-se filing this motion for the modification of term of imprisonment pursuant to 18 U.S.C. § 3582 (c)(2), § 1B1.10 (c), and the newly adopted Amendment B21 and additional of §§ 4C1.1 Part "A" of the U.S.S.G. (Nov. 1, 2023).

    Petitioner is a layman of the law and unskilled in such, therefore he request that this motion be contrued in a "Liberal" manner according to a matter of law. Haines V. Kerner, 404 U.S. 519 (1972).

1.

In support to this motion, Petitioner offers the following:

1) On April 27, 2023, the United States Sentencing Commission ("USSC") voted to promulgate Amendment 821 to the Sentencing Guidelines, which would revise how a defendant's criminal history catergory is computed.

2) Part (B), subpart (1) of Amendment 821 creates a new chapter four Guideline at section 4C1.1 to provide a decrease of two levels for "zero-point offenders" defendants who have a criminal history points whose offense did not involve specific aggravating factors.

3) On August 24, 2023, the "USSC" approved by majority vote to make Part (A) retroactive, effective November 1, 2023.

4) Factors for consideration under §1B1.10(c), application note: 1(B)(iii) Post-sentencing conduct; The court may consider the Post-sentencing conduct of a Petitioner/defendant that occurred after imposition of the original term of imprisonment when determining: (I) whether a reduction in the Petitioner original term of imprisonment is warranted.

WHEREFORE, CLIENT prays that his court consider this motion under Amendment 821.

\* _____Oscar_____

Oscar Jesus Medina Rodriguez
Reg No: 21251-511

3.

"CERTIFICATE OF SERVICE"

I hereby certify that the foregoing motion to compel was placed in the institution's mail box on  6-06-2025  . Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the court's system.

Respectfully submitted,

* 

From: Oscar Jesus Medina Rodriguez (21251-511)
Federal Correctional Institution
FCI Coleman Low
P.O. Box 1031
Coleman, FL 33521


TAMPA FL



Legal Mail

To: United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

33128-771899

REC'D BY_____ D.C.
JUN 10 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI